IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) DONNA CARTER, an individual, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 17-CV-563 CVE-FHM<br>) |
| (1) STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a/k/a and/or d/b/a STATE FARM MUT AUTO INS CO, a/k/a and/or d/b/a STATE FARM INSURANCE COMPANY, a/k/a and/or d/b/a STATE FARM, a foreign property and casualty insurance company, and (2) JOHN DOE, a business entity, and (3) JANE DOE, an individual, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, her attorney of record, and Defendant State Farm Mutual Automobile Insurance Company and its counsel of record, and would show the Court that this matter has been compromised and settled and, therefore, moves the Court for an Order Of Dismissal With Prejudice as to Plaintiff's claims against State Farm Mutual Automobile Insurance Company.

Respectfully submitted,

/s/ Samuel T. Perrine
_____
John Paul Truskett, OBA #20550
Samuel T. Perrine, OBA #32165
Truskett Law Firm
2202 E. 49th Street, Suite 400
Tulsa, OK 74105
Telephone: (918) 392-5444
Facsimile: (918) 856-3696
*Attorneys for Plaintiff*

/s/ Andrew G. Wakeman
John S. Gladd, OBA #12307
Andrew G. Wakeman, OBA #21393
Atkinson, Haskins, Nellis, Brittingham,
    Gladd & Fiasco
525 South Main Street, Suite 1500
Tulsa, Oklahoma 74103-4524
Telephone: (918) 582-8877
Facsimile: (918) 585-8096
*Attorney for Defendant SFMAIC*

S:\Files\416\311\Stipulation Dismissal.wpd