UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DONNA CARTER,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) ) Case No. 17-CV-0563-CVE-FHM |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, CATRYNA LEIGH BAXTER, MATHEW ALAN BAXTER, JOHN DOE, AND JANE DOE,** | ) ) ) ) ) ) |
| **Defendants.** | ) ) |

## ORDER

This matter comes on for consideration of the Stipulation for Order of Dismissal with Prejudice (Dkt. # 31). Plaintiff and State Farm Mutual Automobile Insurance Company (State Farm) have filed a stipulation asking the Court to dismiss with prejudice plaintiff's claims against defendant State Farm. Dkt. # 31. The Court will treat the stipulation as a motion to dismiss under Fed. R. Civ. P. 41(a)(2), and the Court finds that the motion to dismiss should be granted. Defendants Catryna Leigh Baxter and Mathew Alan Baxter were dismissed as parties prior to removal of this case to federal court. Dkt. # 13. Plaintiff has not identified or served the Doe defendants, and the Court finds that plaintiff has no remaining claims for adjudication.

**IT IS THEREFORE ORDERED** that the joint motion to dismiss (Dkt. # 31) is **granted**, and plaintiff's claims against State Farm are **dismissed with prejudice**. Plaintiff has no claims remaining for adjudication and this is a final order terminating this case.

**DATED** this 26th day of July, 2018.

*Claire V. Eagan*
CLAIRE V. EAGAN
UNITED STATES DISTRICT JUDGE